IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3080 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TONY AMPHONEPHONG, | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and with the agreement of government's counsel,

IT IS ORDERED that the defendant's revocation hearing is rescheduled to Friday, August 11, 2006, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 10, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge